No. 1248.  GUILLORY *v.* LEVINGSTON SHIPBUILDING Co.  Ct. Civ. App. Tex., 9th Sup. Jud. Dist.  Certiorari denied.  *Wiley B. Thomas, Jr.,* for petitioner.  *John D. Rienstra, Jr.,* for respondent.

No. 1249.  RAINS *v.* NIAQUA, INC.  C. A. 2d Cir. Certiorari denied.  *Leon J. Greenspan* and *Joel Martin Aurnou* for petitioner.  *Edwin T. Bean* for respondent.

No. 1252.  STOREY ET AL. *v.* MAYO, CHAIRMAN, FLORIDA PUBLIC SERVICE COMMISSION, ET AL.  Sup. Ct. Fla. Certiorari denied.  *Irving Peskoe* for petitioners.  *Larry S. Stewart* and *Vernon W. Turner* for respondent City of Homestead, and *Phillip Goldman* for respondent Florida Power & Light Co.

No. 1275.  UNITED STATES *v.* KEATTS ET UX.  C. A. 6th Cir.  Certiorari denied.  *Solicitor General Griswold, Acting Assistant Attorney General Taylor, Roger P. Marquis,* and *Raymond N. Zagone* for the United States. *Lewis S. Pope* for respondents.

No. 1277.  WAINWRIGHT, CORRECTIONS DIRECTOR *v.* CALLOWAY.  C. A. 5th Cir.  Certiorari denied.  *Earl Faircloth,* Attorney General of Florida, and *Charles W. Musgrove,* Assistant Attorney General, for petitioner. *J. Leonard Fleet* for respondent.

No. 1346.  NATTA ET AL. *v.* ZLETZ ET AL.  C. A. 7th Cir.  Certiorari denied.  *Edward S. Irons* for petitioners. *Hammond E. Chaffetz* for respondents.